IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 10-cv-01896-WYD-KLM

AEG LIVE - ROCKY MOUNTAINS, LLC,

    Plaintiff,

v.

JOHN DOES 1-100, JANE DOES 1-100,
and XYZ COMPANY,

    Defendants.

---

**ORDER FOR EXONERATION OF BOND
AND DISPOSITION OF SEIZED MATERIALS**

---

Plaintiff having dismissed the above entitled action without prejudice pursuant to Federal Rules of Civil Procedure, Rule 41 (a), and no defendants having appeared by answer or otherwise, and good cause appearing, it is hereby

ORDERED, that the cash Bond posted by Plaintiff's counsel in the amount of One Thousand Dollars ($1,000) shall be and hereby is exonerated, and shall be released to counsel for the Plaintiff. It is

FURTHER ORDERED, that the clerk shall send the released Bond to Plaintiff's counsel in the form of a check made payable to counsel for Plaintiff and sent to the address listed for her in CM/ECF. It is

FURTHER ORDERED, that Plaintiff is authorized to destroy or otherwise dispose of all seized infringing merchandise.

Dated: September 1, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge